IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DONETRIA YANCY and | * | |
| DARIUS KEON BRANCH, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:14CV00582 SWW |
| | * | |
| AMERICA'S PREOWNED | * | |
| SELECTION, LLC, | * | |
| | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Opinion and Order entered in this matter on this date, plaintiffs' complaint is dismissed. The relief sought is denied.

DATED this 4th day of February, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE