**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| DONETRIA YANCY and <br> DARIUS KEON BRANCH, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICA'S PREOWNED <br> SELECTION, LLC, <br><br> Defendant. | ) <br> ) <br> ) Case No. 4:14-cv-00582-SWW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SETTLEMENT**

Notice is hereby given that the parties have reached a settlement in this case. Plaintiffs respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed

Dated: November 21, 2017.                    Respectfully submitted,

                                                                s/Russell S. Thompson IV
                                                                Russell S. Thompson IV (029098)
                                                                Thompson Consumer Law Group, PLLC
                                                                 5235 E. Southern Ave., D106-618
                                                                 Mesa, AZ 85206
                                                                 602-388-8898
                                                                 866-317-2674 facsimile
                                                                 rthompson@consumerlawinfo.com
                                                                 Attorney for Plaintiff

2

## **CERTIFICATE OF SERVICE**

    I certify that on November 21, 2017, the foregoing was filed with the Court using CM/ECF, which will send notice of such filing to:

Everett O. Martindale
Attorney At Law
902 W. Second St.
Little Rock, AR 72201
3v3r3tt@sbcglobal.net

                                            s/Russell S. Thompson IV
                                            Russell S. Thompson IV