# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DONETRIA YANCY and DARIUS KEON BRANCH | |
| Plaintiffs | |
| vs. | No. 4:14CV00582 SWW |
| AMERICA'S PREOWNED SELECTION, LLC | |
| Defendant | |

## Order of Dismissal

Before the Court is the parties' joint stipulation for voluntary dismissal with prejudice [ECF No. 69]. IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

IT IS SO ORDERED THIS 12TH DAY OF MARCH, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE